### GIBSON V. THE STATE.
(Decided Dec. 17, 1912.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—The transcript contains no bill of exceptions. We find no error presented by the record and the case will be affirmed. Affirmed.

---

### GOWENS V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

H. L. MARTIN, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### GRIFFIN V. THE STATE.
(Decided Feb. 4, 1913.)

APPEAL from Bullock Circuit Court.

Heard before Hon. M. SOLLIE.

THOMAS & McDOWELL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Affirmed. THOMAS, J., not sitting.

---

### HANNON, ET AL. V. CITY OF LANETT.
(Decided Nov. 19, 1912.)

APPEAL from Chambers Circuit Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant. STROTHER, HINES & FULLER, for appellee.

Per curiam. Appeal dismissed.